03-15-00283-CR

clerk: of the Court:                          Date: 28 sept 2015
ATTN: Jeffrey D. Kyle.

    TO THE Honorable said Court:

I Richard G Jensen, Mailed your court a
Request for extension, of time and a court appointed
lawyer Because I am indigent on the 17th Aug
2015. I Never got a response from your
Court; so this is my second Request for
extension of time and a lawyer to file
my direct appeal

I Had amy Lopez call on my Behalf to
your Court on sept 14th 2015. they
contacted me; and said that your court
Was waiting to hear from me. so this
Request for extension for 90 day's and
a Court Apointed lawyer will Be very much
appreciated.

                              Respectfully, Submitted
Court of appeals #            Richard Jensen
  03-15-00283-CR              Richard Jensen
Trial Court case #           TDCJ NO. 1947580
   70710                      Pack one unit 2400 Wallace
                              Pack Rd Navasota, TX 77868

RECEIVED
SEP 3 0 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Richard Jensen 1947580
CIQII9 Pack I unit 2 400
Wallace Pack Rd Navasota,
TX 77868

NORTH HOUSTON TX 773

23 SEP 2015 PM 2 L

Court of Appeals
Third District of Texas
P.O. Box 12547,
78711-2547
Austin, Texas

787125471747